| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12346-PMM

| | |
|---|---|
| Belinda J. Wagner | Petition Filed Date: 09/06/2022 |
| 623 S 14th Street | 341 Hearing Date: 10/25/2022 |
| Catasauqua  PA    18032 | Confirmation Date: 02/02/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $151.00 | | 09/04/2024 | $151.00 | | 10/04/2024 | $151.00 | |
| 11/04/2024 | $151.00 | | 12/05/2024 | $151.00 | | 01/06/2025 | $151.00 | |
| 02/03/2025 | $151.00 | | 03/06/2025 | $151.00 | | 04/07/2025 | $151.00 | |
| 05/05/2025 | $151.00 | | 06/03/2025 | $151.00 | | 07/07/2025 | $151.00 | |

**Total Receipts for the Period: $1,812.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,285.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MIDFIRST BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 2 | HYUNDAI LEASE TITLING TRUST<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $904.80 | $64.85 | $839.95 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,540.69 | $196.99 | $2,343.70 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,750.65 | $229.31 | $2,521.34 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $11,275.28 | $939.97 | $10,335.31 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $4,608.64 | $384.19 | $4,224.45 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $868.08 | $72.39 | $795.69 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,336.55 | $103.64 | $1,232.91 |
| 10 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $170.32 | $0.00 | $170.32 |

**Chapter 13 Case No. 22-12346-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,285.00 | Current Monthly Payment: | $151.00 |
| Paid to Claims: | $4,779.34 | Arrearages: | $0.00 |
| Paid to Trustee: | $458.26 | Total Plan Base: | $9,060.00 |
| Funds on Hand: | $47.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.