Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Belinda J. Wagner
623 S 14th Street
Catasauqua, PA 18032

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-12346-PMM**

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/25/2022
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $151.00 | | 09/04/2025 | $151.00 | | 10/06/2025 | $151.00 | |
| 11/03/2025 | $151.00 | | 12/08/2025 | $151.00 | | 01/06/2026 | $151.00 | |
| 02/03/2026 | $151.00 | | 03/06/2026 | $151.00 | | 04/03/2026 | $151.00 | |
| 05/04/2026 | $151.00 | | 06/03/2026 | $151.00 | | 07/06/2026 | $151.00 | |

**Total Receipts for the Period: $1,812.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,097.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MIDFIRST BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 2 | HYUNDAI LEASE TITLING TRUST<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $904.80 | $127.13 | $777.67 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,540.69 | $371.45 | $2,169.24 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,750.65 | $417.79 | $2,332.86 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $11,275.28 | $1,712.55 | $9,562.73 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $4,608.64 | $699.97 | $3,908.67 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $868.08 | $131.91 | $736.17 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,336.55 | $195.44 | $1,141.11 |
| 10 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $170.32 | $15.20 | $155.12 |

**Chapter 13 Case No. 22-12346-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,097.00 | Current Monthly Payment: | $151.00 |
| Paid to Claims: | $6,459.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $594.49 | Total Plan Base: | $9,060.00 |
| Funds on Hand: | $43.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.